THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:12-cv-00316-MR-DLH

| | | |
|---|---|---|
| TIMOTHY J. ALEXANDER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **O R D E R** |
| | ) | |
| | ) | |
| EATON CORPORATION, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

**THIS MATTER** is before the Court *sua sponte* following a status conference with the *pro se* Plaintiff on January 29, 2013.

For the reasons stated in open court, the Court hereby enters the following Order.

**IT IS, THEREFORE, ORDERED** that the Plaintiff is granted an extension of time, until **February 4, 2013**, within which to file a reply to the Defendant's Counterclaim. **The Plaintiff is hereby advised that failure to file a reply to the Counterclaim on or before February 4, 2013 may result in the entry of default against him as to that claim and possibly the disposal of the entire case in the Defendant's favor.**

**IT IS SO ORDERED.**

Signed: January 30, 2013

Martin Reidinger
United States District Judge