THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:12-cv-00316-MR-DLH

| TIMOTHY J. ALEXANDER, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | O R D E R |
| EATON CORPORATION, | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the Court on the parties' report to chambers that this case has been completely settled.

In light of the parties' settlement, the Court enters the following Order.

**IT IS, THEREFORE, ORDERED** that all existing deadlines in this case are hereby **SUSPENDED**, and the parties shall have thirty (30) days from the entry of this Order in which to file a stipulation of dismissal.

**IT IS SO ORDERED.**

Signed: February 4, 2013

Martin Reidinger
United States District Judge